# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>BALDOCK, Bobby R. | 2. Court or Organization<br><br>U.S. Court of Appeals-10th Cir | 3. Date of Report<br><br>05/13/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>P.O. Box 2388<br>Roswell, New Mexico 88202-2388 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 (line 32) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 05/13/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Arizona, The Federalist Society's Student Division | February 22-24, 2015 | Tucson, Arizona | Speaker | Transportation, meals, lodging |
| 2. | Pepperdine University School of Law | March 11-13, 2015 | Malibu, California | Speaker | Transportation, meals, lodging |
| 3. | The Blackstone Legal Fellowship | August 4-5, 2015 | Tucson, Arizona | Speaker | Transportation, meals, lodging |
| 4. | Texas Tech University, The Federalist Society's Student Division | November 10, 2015 | Lubbock, Texas | Speaker | Transportation, meals, lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BALDOCK, Bobby R.** | 05/13/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merrill Lynch IRA (H) | A | Dividend | M | T | | | | | |
| 2. -XCEL (aka XCEL Energy Inc.) | | | | | | | | | |
| 3. -Lord Abbett Total Return Fund CL A - See VIII | | | | | | | | | |
| 4. -Franklin Equity Income - See VIII | | | | | | | | | |
| 5. -Merrill Lynch Retirement Reserves - See VIII | | | | | | | | | |
| 6. -Merrill Lynch Cash Equivalent Accounts | | | | | | | | | |
| 7. -Transamerica Short Term Bond Fund | | | | | Sold (part) | 02/12/15 | K | | |
| 8. | | | | | Sold | 12/22/15 | K | | |
| 9. Hunker Commune (Holly, Bluestem, Rio Oil & Gas, COG Operating) | A | Royalty | J | W | | | | | |
| 10. Lot in South Spring Acres, Roswell, NM | | None | J | W | | | | | |
| 11. Stock in South Spring Acres, Roswell, NM | | None | K | W | | | | | |
| 12. Minerals, Washita County, OK (BBX Oil Corp.) | A | Rent | J | W | | | | | |
| 13. Silver and silver coins | | None | J | T | | | | | |
| 14. Gold coins | | None | J | T | | | | | |
| 15. Navajo, Hockley County, TX | B | Royalty | J | W | | | | | |
| 16. Pioneer Savings Bank | A | Interest | M | T | | | | | |
| 17. Working interest in Hodges - Hockley County, TX | A | Royalty | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 |
| | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Working interest in Jeffers-Hockley County, TX | A | Royalty | J | T | | | | | |
| 19. Working interest in Pair- Hockley County, TX | A | Royalty | J | T | | | | | |
| 20. Working interest in Reed-Hockley County, TX | A | Royalty | J | T | | | | | |
| 21. Working interest in White-Hockley County, TX | A | Royalty | J | T | | | | | |
| 22. Working interest in Terry-Hockley County, TX | A | Royalty | J | T | | | | | |
| 23. Cash Value Life Insurance, AXA Equitable(Money Market Acct) | A | Interest | J | T | | | | | |
| 24. Oil & Gas Items: (H) | | | | | | | | | |
| 25. XTO Energy Production | A | Royalty | J | W | | | | | |
| 26. BP Am Production Company | D | Royalty | K | W | | | | | |
| 27. Conoco Phillips | E | Royalty | K | W | | | | | |
| 28. Sunco Oil & Gas Production | A | Royalty | J | W | | | | | |
| 29. Great Western Drillling Company | C | Royalty | K | W | | | | | |
| 30. El Paso Production Company -(Finley Resources, Inc.) | C | Royalty | J | W | | | | | |
| 31. Working interest in Mewbourne Oil, Eddy County, NM | B | Royalty | J | W | | | | | |
| 32. Trust #1 (H) | A | Dividend | O | T | | | | | |
| 33. -PIMA CNTY AZ STR & HWY REV | | | | | Redeemed | 07/01/15 | M | | |
| 34. - ISHARES MSCI EAFE | | | | | Buy | 11/02/15 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -ISHARES IBOXX$ INVT GRADE CORP BD FUND | | | | | Buy (add'l) | 07/09/15 | J | | |
| 36. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 37. -ISHARES GOLD TR | | | | | Buy | 02/02/15 | K | | |
| 38. | | | | | Sold | 03/02/15 | K | | |
| 39. - ISHARES MBS | | | | | Buy | 07/09/15 | J | | |
| 40. | | | | | Sold (part) | 11/02/15 | J | | |
| 41. -ISHARES IBOXX$ HIGH YIEL CORPORATE BOND FUND | | | | | Buy (add'l) | 07/09/15 | J | | |
| 42. | | | | | Sold | 11/02/15 | J | | |
| 43. -ISHARES 1-3 YEAR TREAS BOND | | | | | Sold (part) | 03/02/15 | K | | |
| 44. | | | | | Sold (part) | 05/01/15 | K | | |
| 45. | | | | | Buy (add'l) | 07/01/15 | K | | |
| 46. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 47. | | | | | Buy (add'l) | 09/01/15 | K | | |
| 48. | | | | | Sold | 11/02/15 | L | | |
| 49. -ISHARES 1-3 YEAR CREDIT BOND ETF | | | | | Sold (part) | 02/02/15 | K | | |
| 50. | | | | | Sold | 03/02/15 | L | | |
| 51. -ISHARES 3-7 YEAR TREASURY BOND ETF | | | | | Buy (add'l) | 07/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 53. -POWERSHARES GLOBAL EXCHANGE TRADED FD TR | | | | | Buy (add'l) | 07/09/15 | J | | |
| 54. | | | | | Sold (part) | 11/02/15 | J | | |
| 55. -VANGUARD MATERIALS ETF | | | | | Buy (add'l) | 07/09/15 | J | | |
| 56. | | | | | Sold (part) | 09/01/15 | J | | |
| 57. | | | | | Sold | 10/01/15 | J | | |
| 58. -VANGUARD TELECOMM SRVCS ETF | | | | | Buy | 07/09/15 | J | | |
| 59. | | | | | Sold (part) | 09/01/15 | J | | |
| 60. | | | | | Sold | 10/01/15 | J | | |
| 61. -VANGUARD INDUSTRIAL ETF | | | | | Sold | 01/05/15 | K | | |
| 62. -VANGUARD MSCI EMERGING MRKTS ETF- See VIII | | | | | Buy (add'l) | 04/01/15 | K | | |
| 63. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 64. | | | | | Sold (part) | 08/03/15 | J | | |
| 65. | | | | | Sold | 11/02/15 | K | | |
| 66. -VANGUARD INTERMEDIATE TERM BOND ETF | | | | | Buy (add'l) | 07/09/15 | J | | |
| 67. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 68. -VANGUARD SHORT TERM BOND | | | | | Buy (add'l) | 04/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 05/01/15 | L | | |
| 70. | | | | | Sold (part) | 06/01/15 | J | | |
| 71. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 72. | | | | | Buy (add'l) | 08/03/15 | K | | |
| 73. | | | | | Buy (add'l) | 09/01/15 | K | | |
| 74. | | | | | Sold (part) | 11/02/15 | L | | |
| 75. -VANGUARD SMALL CAP VALUE | | | | | Buy | 11/02/15 | J | | |
| 76. -VANGUARD ENERGY ETF | | | | | Buy (add'l) | 07/09/15 | J | | |
| 77. | | | | | Sold (part) | 09/01/15 | J | | |
| 78. | | | | | Sold | 10/01/15 | J | | |
| 79. -VANGUARD UTILITIES | | | | | Buy (add'l) | 07/09/15 | J | | |
| 80. | | | | | Sold (part) | 09/01/15 | J | | |
| 81. | | | | | Sold | 10/01/15 | J | | |
| 82. -VANGUARD REIT ETF | | | | | Sold (part) | 07/01/15 | J | | |
| 83. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 84. | | | | | Sold | 11/02/15 | J | | |
| 85. -VANGUARD SMALL CAP GROWTH ETF | | | | | Sold (part) | 01/05/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 87. -VANGUARD INFORMATION TECH ETF | | | | | Sold (part) | 09/01/15 | J | | |
| 88. | | | | | Sold | 10/01/15 | J | | |
| 89. -ELEMENTS - ROGERS TR | | | | | Buy | 06/01/15 | J | | |
| 90. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 91. | | | | | Sold | 11/02/15 | J | | |
| 92. -ML BANK DEPOSIT PROGRAM | | | | | | | | | |
| 93. -POWERSHARES PREFERRED PORTFOLIO | | | | | Buy | 11/02/15 | J | | |
| 94. -SCOTTSDALE ARIZ LT RF | | | | | Buy | 07/08/15 | L | | |
| 95. -VANGUARD SHORT-TERM GOV. BD | | | | | Buy | 10/01/15 | L | | |
| 96. | | | | | Sold | 11/02/15 | L | | |
| 97. -VANGUARD VALUE ETF | | | | | Buy | 10/01/15 | K | | |
| 98. | | | | | Buy (add'l) | 11/02/15 | M | | |
| 99. -VANGUARD GROWTH ETF | | | | | Buy | 01/05/15 | L | | |
| 100. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 101. | | | | | Sold (part) | 10/01/15 | K | | |
| 102. | | | | | Buy (add'l) | 11/02/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -VANGUARD HEALTH CARE ETF | | | | | Buy | 01/05/15 | K | | |
| 104. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 105. | | | | | Sold (part) | 09/01/15 | J | | |
| 106. | | | | | Sold | 10/01/15 | J | | |
| 107.  -VANGUARD FTSE DEVELOPED MARKETS ETF | | | | | Buy | 03/02/15 | M | | |
| 108. | | | | | Sold (part) | 04/01/15 | L | | |
| 109. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 110. | | | | | Sold (part) | 10/01/15 | K | | |
| 111. | | | | | Sold | 11/02/15 | K | | |
| 112.  -SPDR BARCLAYS HIGH YIELD BOND ETF | | | | | Buy | 11/02/15 | J | | |
| 113.  -SPDR GOLD TRUST | | | | | Buy | 04/01/15 | J | | |
| 114. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 115. | | | | | Sold | 11/02/15 | J | | |
| 116.  -MARKET VECTORS J.P. MORGAN EM LOCAL CURRENCY BOND ETF | | | | | Buy | 11/02/15 | J | | |
| 117.  -ISHARES INC CORE MSCI EMERGING MKTS ETF | | | | | Buy | 05/01/15 | K | | |
| 118. | | | | | Sold (part) | 07/01/15 | K | | |
| 119. | | | | | Buy (add'l) | 07/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 08/03/15 | J | | |
| 121. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 122. -ISHARES TIPS BOND ETF | | | | | Buy | 11/02/15 | K | | |
| 123. -ISHARES TR CORE MSCI EAF ETF | | | | | Buy | 05/01/15 | L | | |
| 124. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 125. | | | | | Sold (part) | 09/01/15 | K | | |
| 126. | | | | | Sold | 10/01/15 | K | | |
| 127. -ISHARES SHORT TREASURY BOND ETF | | | | | Buy | 09/01/15 | L | | |
| 128. | | | | | Buy (add'l) | 10/01/15 | K | | |
| 129. | | | | | Sold | 11/02/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 05/13/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Page 4, line 3 - Also known as Lord Abbett (Mutual R Fund)

Part VII, Page 4, line 4 - Also known as Franklin Inves. Sec. TR Equity Income

Part VII, Page 4, line 5 - The primary depository institution is Bank of America, N.A.

Part VII, Page 7, line 62 - Also known as VANGUARD FTSE EMERGING MARKETS ETF

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 05/13/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Bobby R. BALDOCK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544